Order issued January 16, 2013



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00041-CV

IN RE TST IMPRESO, INC., Relator

Original Proceeding from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-00890

## O R D E R

Before Justices Moseley, Francis, and Fillmore

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

MOLLY FRANCIS
JUSTICE